**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CUE HEALTH INC., *et al*,<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11096 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of Cue Health Inc., *et al*.,<br><br>Plaintiff,<br><br>-against-<br><br>Alorica, Inc.,<br><br>Defendant. | Adv. Proc. No. 26-50336 (CTG) |

**NOTICE OF DISMISSAL**

Alfred T. Giuliano, solely in his capacity as the chapter 7 trustee for the jointly administered estates of the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, hereby dismisses this adversary proceeding with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable by Federal Rule of Bankruptcy Procedure 7041.

Dated: September 24, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Aaron J. Bach*
Alan M. Root (No. 5427)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: root@chipmanbrown.com
bach@chipmanbrown.com